JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cedric D. Turner And Rachel L. Thomas-Turner, ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> Caliber Home Loans, Inc.; Clear Recon Corp. ) <br> ) <br> Defendants. ) | CASE NO. 2:17-cv-08256-JFW-E <br><br> *Hon. John F. Walter* <br><br> **JUDGMENT** |

On February 26, 2019, this Court entered an order on the motion to dismiss filed by defendant Caliber Home Loans, Inc. ("Caliber"). Dkt. No. 46. This Court granted Caliber's motion to dismiss without leave to amend, dismissed without leave to amend sua sponte as to all the defendants, and dismissed this action with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Caliber and against plaintiffs Cedric D. Turner and Rachel L. Thomas-Turner ("Plaintiffs") as to each and every cause of action in this action, and that Plaintiffs take nothing by way of their claims.

**IT IS SO ORDERED.**

Dated: March 6, 2019

                                               Honorable John F. Walter
                                               United States District Judge